

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021

13 October 2021

Honorable Katherine H. Parker
U.S. Magistrate Judge
Southern District of New York
Daniel Patrick Moynahan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Re: *Williams v. Saul*, 20 CV 10504 (KHP)

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

10/13/2021

Dear Judge Parker:

I represent the Plaintiff, Lisa Williams, in this Social Security appeal of a dismissal of her case.  I write now to respectfully request an extension of time to file Plaintiff's motion for judgment on the pleadings.  Defendant's counsel consents to this request.

Previously in this case, the Commissioner filed the certified administrative transcript on August 19, 2021 (Dkt. 21).  The current scheduling order, based on the standing order for scheduling, requires Plaintiff to file her motion within 60 days, or on or by Monday, October 18, 2021 (Dkt. 5).  Plaintiff now requests a 45-day extension of time to file her motion and papers.  This is Plaintiff's first request for an adjournment.

Plaintiff makes this request to allow more time for the parties to consider resolution of this case without further litigation.  In addition, this small practice in my office has been short-staffed by two attorneys for several months, and an extension of time would allow me to better manage the demands of the next few weeks if the parties are unable to resolve this case.

Therefore, I respectfully request an extension of time for the filing of Plaintiff's motion and brief for 45 days, to Thursday, December 2, 2021.  Under the current scheduling order, the briefing schedule would change as well to require the Commissioner's cross motion and brief be filed within 60 days after that, or on or before Monday, January 31, 2022.

40 Rector St, 9th Fl, New York, NY 10006
Tel: 646.602.5600 | Fax: 212.533.4598
urbanjustice.org | @urbanjustice

Thank you for considering this request.

Sincerely,

/s/
Ann P. Biddle
Litigation Supervisor
Mental Health Project

cc:     Amanda F. Parsels
        Assistant U.S. Attorney
        Southern District of New York
        86 Chambers Street, 3rd Floor
        New York, NY 10007
        (212) 637-2780
        Amanda.parcels@usdoj.gov

        Filed via ECF