**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LISA WILLIAMS,

                Plaintiff,                20 **CIVIL** 10504 (KHP)

    -v-                             **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 31, 2022, that this action be, and hereby is, remanded pursuant to the fourth sentence of 205(g) of the Social Security Act, 42 U.S.C. 405(g), for further administrative proceedings to give the plaintiff the opportunity to present evidence and appear at a hearing to determine whether she had good cause for not attending the previously scheduled December 23, 2019 hearing.

**Dated:**  New York, New York
          January 31, 2022

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                       **Clerk of Court**
                                 **BY:**      K. Mango
                                                       _____
                                                         **Deputy Clerk**